**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00452-REB-KMT

MARY ANN KEATLEY,

    Plaintiff,

v.

AMICA MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#21] filed August 25, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#21] filed August 25, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for April 8, 2011, is **VACATED**;

3. That the jury trial set to commence April 25, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 30, 2010, at Denver, Colorado.

                                           BY THE COURT:

                                           */s/ Bob Blackburn*
                                           Robert E. Blackburn
                                           United States District Judge